# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:  Case No.: **19–21714 – TJC**  Chapter: **13**

**Christie Leigh Morris**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Ch 13 Plan & Cert of Service due 09/16/2019** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**<br>**Federal Rule of Bankruptcy Procedure 1007**<br>**Federal Rule of Bankruptcy Procedure 3015(b)** |

**All deficiencies must be cured by <u>9/16/19</u>.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 9/3/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine Hutchinson
301−344−3918

cc: Debtor
Attorney for Debtor – Robert John Harris

Form ntcddl (03/05)