## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE | * | |
| **CHRISTIE LEIGH MORRIS** | * | Case No. 19-21714 |
| Debtor | * | Chapter 13 |

### MOTION TO EXTEND TIME

The Debtor hereby moves to extend her time to file her Chapter 13 Plan and Certificate of Service, and in support thereof she states:

1. Said filings were due as of September 16, 2019.

2. The Debtor's counsel is in need of a brief extension to complete these filings.

WHEREFORE, the Debtor requests that his time to complete these filings be extended for 14 days.

Respectfully submitted,

Christie Leigh Morris
by counsel

/s/ Robert J. Harris
Robert J. Harris, Esq.
USDC Bar #03414
P.O. Box 1551
Woodbridge, VA 22195
Telephone: (571) 533-4762
Facsimile: (703) 563-9232
rjharris101@msn.com
Counsel for the Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Chapter 13 Trustee  cmecf@chapter13maryland.com

/s/ Robert J. Harris
Robert J. Harris

1